BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | MDL No. _____ |
|---|---|

## SCHEDULE OF ACTIONS

|   | **Case Captions** | **Court** | **Case Number** | **Judge** |
|---|---|---|---|---|
| A | *Olean Wholesale Grocery Cooperative, Inc., v. Bumble Bee Foods LLC* | S.D. Cal. | 3:15-cv-1714 | Hon. Janis Lynn Sammartino |
| B | *Pacific Groservice Inc. d/b/a PITCO Foods v. Bumble Bee Foods LLC* | S.D. Cal. | 3:15-cv-01791 | Hon. Janis Lynn Sammartino |
| C | *Youngblood v. Bumble Bee Foods, LLC* | S.D. Cal. | 3:15-cv-01863 | Hon. Jeffrey T. Miller |
| D | *Capitol Hill Supermarket v. Bumble Bee Foods, LLC.* | S.D. Cal. | 3:15-cv-01867 | Hon. Anthony J. Battaglia |
| E | *Mathews v. Bumble Bee Foods LLC* | S.D. Cal. | 3:15-cv-1878 | Hon. James Lorenz |
| F | *Walnum v. Bumble Bee Foods LLC* | S.D. Cal. | 3:15-cv-1887 | Hon. Cynthia Bashant |
| G | *Affiliated Foods, Inc. v. Tri-Union Seafoods, LLC* | N.D. Cal. | 3:15-cv-03815 | Hon. Vince Chhabria |
| H | *Piggly Wiggly Alabama Distrib. Co., Inc. v. Bumble Bee Foods, LLC* | N.D. Cal | 3:15-cv-03906 | Hon. Elizabeth Laporte |
| I | *Harvest Enterprises, LLC v. Bumble Bee Foods LLC* | S.D. Miss. | 3:15-cv-00628 | Hon. Carlton Reeves |

Dated:  August 28, 2015      */s/ Christopher L. Lebsock*
                             Christopher L. Lebsock

HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
Email: clebsock@hausfeld.com

*Counsel for Movant Olean Wholesale Grocery Cooperative, Inc.*