**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION**

**MDL NO. 2670**

**DEFENDANTS' MEMORANDUM IN SUPPORT OF THE TRANSFER OF CASES AND CENTRALIZATION OF PROCEEDINGS**

Bumble Bee Foods, LLC, Tri-Union Seafoods, LLC, King Oscar, Inc., and StarKist Co. ("Responding Defendants") respectfully submit this memorandum of law in response to Plaintiff Olean Wholesale Grocery Cooperative, Inc.'s ("Olean") Motion for the Transfer of Cases to, and Centralization of Proceedings in the Southern District of California. (ECF No. 1). Responding Defendants agree that the putative class actions should be consolidated and transferred to a single court for pre-trial proceedings pursuant to 28 U.S.C. § 1407(a) (2012).

## BACKGROUND

A number of nearly identical complaints have been filed around the country alleging a conspiracy to fix prices of packaged seafood products. As of this filing, at least 29 lawsuits have been filed. The cases are putative class actions, with the exception of *Affiliated Foods, Inc. v. Tri-Union Seafoods, LLC*, No. 4:15-cv-03815 (N.D. Cal. filed Aug. 20, 2015). Nineteen actions have been filed in the Southern District of California, while seven cases have been filed in the Northern District of California. Single cases have also been filed in the Southern District of Mississippi, the Eastern District of Arkansas, and the Northern District of Florida. Attachment A includes the list of cases identified by Olean, as well as additional related cases about which Defendants are aware. We refer to the putative class actions listed in Attachment A as the "Related Actions."

## ARGUMENT

Civil actions pending in different district courts "may be transferred to any district for coordinated or consolidated pretrial proceedings" when they involve "one or more common questions of fact" and where the Judicial Panel on Multidistrict Litigation (the "JPML" or "Panel") determines that such transfer "will be for the convenience of the parties and witnesses and will promote the just and efficient conduct of such actions." 28 U.S.C. § 1407(a) (2012).

Common questions of fact exist where the actions share common events, defendants, witnesses, and/or "core factual allegations." *In re UnumProvident Corp. Secs., Derivative & "ERISA" Litig.*, 280 F. Supp. 2d 1377, 1379 (J.P.M.L. 2003). Consolidation is appropriate where it will "eliminate duplicative discovery; prevent inconsistent pretrial rulings, especially with respect to class certification; and conserve the resources of the parties, their counsel and the judiciary." *In re Transpacific Passenger Air Transp. Antitrust Litig.*, 536 F. Supp. 2d 1366, 1367 (J.P.M.L. 2008).

Multi-defendant nationwide antitrust class actions such as these are commonly centralized in a multi-district litigation. While Responding Defendants deny the allegations that they engaged in any unlawful conduct, the complaints in the Related Actions are all near-verbatim copies of each other and therefore raise not only common, but identical factual and legal issues. *See, e.g., Olean Wholesale Grocery Coop., Inc. v. Bumble Bee Foods LLC*, No. 3:15-cv-01714 (S.D. Cal. filed Aug. 3, 2015); *Affiliated Foods, Inc. v. Tri-Union Seafoods, LLC*, No. 4:15-cv-03815 (N.D. Cal. filed Aug. 20, 2015); *Harvesters Enters., LLC v. Bumble Bee Foods LLC*, No. 3:15-cv-00628 (S.D. Miss. filed Aug. 26, 2015); *Janet Machin v. Bumble Bee Foods LLC*, No. 4:15-cv-00545 (E.D. Ark. filed Aug. 31, 2015); *Lesgo Personal Chef, LLC v. Bumble Bee Foods LLC*, No. 3:15-cv-00385 (N.D. Fla. filed Aug. 31, 2015)). Transfer of the Related Actions to a single forum for pretrial purposes would serve the convenience of the parties and witnesses, help eliminate duplicative discovery, and promote both judicial and party efficiency in light of the similarities between these cases. *UnumProvident*, 280 F. Supp. 2d at 1379; *see* 28 U.S.C. § 1407(a) (2012).

Responding Defendants take no position with regard to which district court this case should be transferred. We note that two of the three defendants are located in the San Diego,

CA area, and the third defendant has counsel in California. In addition, the majority of plaintiffs have chosen to file complaints in California. For that reason, a venue in California would appear to be convenient for most of the parties. *See, e.g., In re SuperValu, Inc. Customer Data Security Breach Litigation*, 76 F. Supp. 3d 1377 (J.P.M.L. 2014) (finding that district where defendant and many plaintiffs were located was convenient and accessible for the majority of the parties).

For these reasons, Responding Defendants respectfully request that these cases be consolidated for pre-trial purposes.

Dated: September 18, 2015

ALLEN & OVERY LLP

By: /s/ John Roberti

John Roberti
John Terzaken
Erik Raven-Hansen
Sarah Bartels
ALLEN & OVERY LLP
1101 New York Avenue NW
Washington, D.C 20005
Telephone: 202-683-3800
Facsimile: 202-683-3999
Email: john.terzaken@allenovery.com
Email: john.roberti@allenovery.com

*Attorneys for Defendant Tri-Union Seafoods LLC and King Oscar, Inc.*

Dated: September 18, 2015

O'MELVENY & MYERS LLP

By: /s/ Edward D. Hassi

Edward D. Hassi
Julia A. Schiller
1625 Eye Street, NW
Washington, DC 20006
Telephone: 202-383-5336
Facsimile: 202-383-5414
Email: ehassi@omm.com

Email: jschiller@omm.com

*Attorneys for Defendant Bumble Bee Foods, LLC*

Dated: September 18, 2015

LATHAM & WATKINS LLP

By: /s/ Belinda S Lee

Belinda S Lee
Daniel M. Wall
Ashley M. Bauer
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: dan.wall@lw.com
Email: belinda.lee@lw.com
Email: ashley.bauer@lw.com
*Attorneys for Defendant StarKist Co.*

# EXHIBIT A

## SCHEDULE OF ACTIONS BEFORE JPML

| | **Plaintiffs** | **Defendants** | **District** | **Civil Action No** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Affiliated Foods, Inc. | Tri-Union Seafoods, LLC d/b/a Chicken of the Sea International; King Oscar, Inc.; Bumble Bee Foods, LLC f/k/a Bumble Bee Seafoods, LLC; Starkist Co. | N.D. California | 3:15cv3815 | Judge Vince Chhabria |
| **2.** | Piggly Wiggly Alabama Distributing Co., Inc. | Tri-Union Seafoods, LLC d/b/a Chicken of the Sea International; King Oscar, Inc.; Bumble Bee Foods, LLC f/k/a Bumble Bee Seafoods, LLC; Starkist Co. | N.D. California | 3:15cv3906 | Judge Vince Chhabria |
| **3.** | Olean Wholesale Grocery Cooperative, Inc. | Bumble Bee Foods, LLC; Tri-Union Seafoods, LLC; StarKist Co. | S.D. California | 3:15cv1714 | Judge Janis L. Sammartino |

| | | | | | |
|---|---|---|---|---|---|
| **4.** | Pacific Groservice, Inc. | Bumble Bee Foods, LLC; Tri-Union Seafoods, LLC; StarKist Co. | S.D. California | 3:15cv1791 | Judge Janis L. Sammartino |
| **5.** | Beverly Youngblood | Bumble Bee Foods, LLC; Tri-Union Seafoods, LLC; StarKist Co. | S.D. California | 3:15cv1863 | Judge Janis L. Sammartino |
| **6.** | Capitol Hill Supermarket | Bumble Bee Foods, LLC; Tri-Union Seafoods, LLC; StarKist Co. | S.D. California | 3:15cv1867 | Judge Janis L. Sammartino |
| **7.** | Louise Ann Davis Mathews | Bumble Bee Foods, LLC; Tri-Union Seafoods, LLC; StarKist Co. | S.D. California | 3:15cv1878 | Judge Janis L. Sammartino |
| **8.** | James Walnum | Bumble Bee Foods, LLC; StarKist Company; Tri-Union Seafoods LLC; King Oscar Inc. | S.D. California | 3:15cv1887 | Judge Janis L. Sammartino |
| **9.** | Harvesters Enterprises, LLC | Bumble Bee Foods, LLC; Tri-Union Seafoods, LLC; StarKist Co | S.D. Mississippi | 3:15cv628 | Judge Neil P. Olack |
| **10.** | Evelyn Olive, Sterling King, Paul Berger, Sally Crnkovich, Jessica Brietbach, Marc Blumstein, Louise Adams, Brian Levy, John Trent, Tina Grant, Jennifer A. Nelson, Elizabeth Twitchell | Bumble Bee Foods, LLC; StarKist Company; Tri-Union Seafoods LLC; King Oscar Inc. | S.D. California | 3:15cv1909 | Judge Roger T. Benitez |

| | | | | | |
|---|---|---|---|---|---|
| **11.** | Janet Machin | Bumble Bee Foods, LLC; Tri-Union Seafoods, LLC; StarKist Co. | E.D. Arkansas | 4:15cv545 | Judge Susan Webber Wright |
| **12.** | LesGo Personal Chef, LLC | Bumble Bee Foods, LLC; Tri-Union Seafoods, LLC; StarKist Co. | N.D. Florida | 3:15cv385 | Judge M. Casey Rodgers |
| **13.** | Colin Moore | Bumble Bee Foods, LLC; Tri-Union Seafoods, LLC; StarKist Co. | S.D. California | 3:15cv1911 | Judge Janis L. Sammartino |
| **14.** | Rick Musgrave | Bumble Bee Foods, LLC; StarKist Company; Tri-Union Seafoods LLC; King Oscar Inc. | S.D. California | 3:15cv2012 | Judge Cynthia Bashant |
| **15.** | Dutch Village Restaurant | Bumble Bee Foods, LLC; Tri-Union Seafoods, LLC; StarKist Co. | S.D. California | 3:15cv2020 | Judge Larry Alan Burns |

## ADDITIONAL ACTIONS NOT BEFORE JPML

| | **Plaintiffs** | **Defendants** | **District** | **Civil Action No** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Debra L. Damske, Ken Dunlap, John Peychal, Virginia Rakipi, Barbara E. Olson | Bumble Bee Foods LLC, Tri-Union Seafoods LLC, and Starkist Company | N.D. California | 3:15cv4025 | Judge Vince Chhabria |

| | | | | | |
|---|---|---|---|---|---|
| **2.** | Jennifer A. Nelson et al. | Bumble Bee Foods LLC; Starkist Co.; Tri-Union Seafoods LLC; and King Oscar, Inc. | S.D. California | 3:15cv1979 | Judge Janis L Sammartino |
| **3.** | Trepco Imports and Distribution LTD | Bumble Bee Foods, LLC f/k/a Bumble Bee Seafoods, LLC, Tri Union Seafoods, LLC d/b/a Chicken of the Sea, Starkist Company, and King Oscar Inc. | S.D. California | 3:15cv1987 | Judge Janis L Sammartino |
| **4.** | Casey Christensen, Scott Dennis, Adam Buehrens, Brian Depperschmidt | Bumble Bee Fodos LLC, Starkist Company, Tri-Union Seafoods LLC, and King Oscar Inc. | N.D. California | 3:15cv4093 | Judge William Alsup |
| **5.** | Amy E. Waterman | Bumble Bee Foods LLC, Starkist Company, Tri-Union Seafoods LLC, and King Oscar, Inc. | N.D. California | 3:15cv4094 | Judge Vince Chhabria |
| **6.** | Jinkyoung Moon; Corey Norris, Clarissa Simon, Nigel Warren | Bumble Bee Foods LLC, Starkist Company, Tri-Union Seafoods LLC, and King Oscar, Inc. | S.D. California | 3:15cv2006 | Judge Jan M Adler |

| | | | | | |
|---|---|---|---|---|---|
| **7.** | Steven M. Colberg, Michael Juetten, Carla Lown | Bumble Bee Foods LLC, Starkist Company, Tri-Union Seafoods LLC, and King Oscar, Inc. | S.D. California | 3:15cv4120 | Judge Mitchell D Dembin |
| **8.** | Amy Joseph | Bumble Bee Foods, LLC, TriUnion Seafoods, LLC, Starkist Company, and King Oscar, Inc. | S.D. California | 3:15-cv-2017 | Judge Barry Ted Moskowitz |
| **9.** | Associated Grocers of New England, Inc.; North Central Distributors, LLC; Cash-WA Distributing Co. of Kearny, Inc.; and Urm Stores, Inc. | Tri-Union Seafoods, LLC, d/b/a Chicken of the Sea International; King Oscar, Inc.; Bumble Bee Foods, LLC, f/k/a Bumble Bee Seafoods, LLC; and Starkist Co. | N.D. California | 3:15-cv-04187 | Hon. Joseph C. Spero |
| **10.** | Truyen "David" Ton-Vong | Bumble Bee Foods, LLC: King Oscar, Inc.; Bumble Bee Foods, LLC, f/k/a Bumble Bee Seafoods, LLC; and Starkist Co. | S.D. California | 3:15-cv-02044-L0WVG | Judge M. James Lorenz |

| | | | | | |
|---|---|---|---|---|---|
| **11.** | A-1 Diner | Bumble Bee Foods LLC, Tri-Union Seafoods LLC, and Starkist Company | S.D. California | 3:15-cv-02068-L-JLB | Judge M. James Lorenz |
| **12.** | Dwayne Kennedy | Bumble Bee Foods, LLC, Starkist Company, Tri-Union Seafoods, LLC, and King Oscar, Inc. | S.D. California | 3:15-cv-02073-AJB-JMA | Judge Jan M Adler |
| **13.** | Robert Fragoso, Jason Wilson, Samuel Seidenberg, Janelle Albarello, and Michael Coffey | Bumble Bee Foods, LLC, Tri-Union Seafoods, LLC, and Starkist, Co. | S.D. California | 3:15-cv-02072 | Judge Dana M Sabraw |
| **14.** | Central Grocers, Inc. | Bumble Bee Foods, LLC, Tri-Union Seafoods, LLC, Starkist Company, and King Oscar, Inc. | N.D. California | 3:15-cv-4241 | Judge Elizabeth D Laporte |

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION** | **MDL No. 2670** |

**PROOF OF SERVICE**

I hereby certify that on September 18, 2015, I caused a copy of the foregoing Memorandum in Support of the Transfer of Cases and Centralization of Proceedings and this Proof of Service to be filed and served using the CM/ECF system and by electronic mail to the following:

| | **CAPTION** | **PLAINTIFFS' COUNSEL** |
|---|---|---|
| 1 | *Olean Wholesale Grocery Cooperative, Inc. v. Bumble Bee Foods LLC, et al.*, No. 3:15-cv-01714 (S.D. Cal.) | Michael P. Lehmann<br>Bonny E. Sweeney<br>Christopher L. Lebsock<br>HAUSFELD LLP<br>600 Montgomery Street<br>Suite 3200<br>San Francisco, CA 94111<br>Telephone: (415) 633-1908<br>Facsimile: (415) 217-6813<br>mlehmann@hausfeld.com<br>bsweeney@hausfeld.com<br>clebsock@hausfeld.com<br><br>Michael D. Hausfeld<br>James J. Pizzirusso<br>HAUSFELD LLP<br>1700 K Street NW, Suite 650<br>Washington, DC 20006<br>Telephone: (202) 540-7200<br>Facsimile: (202) 540-7201<br>mhausfeld@hausfeld.com<br>jpizzirusso@hausfeld.com<br><br>Arthur N. Bailey, Sr.<br>ARTHUR N. BAILEY & ASSOCIATES<br>111 W. Second St., Suite 4500<br>Jamestown, NY 14701<br>artlaw@windstream.net |

| | CAPTION | PLAINTIFFS' COUNSEL |
|---|---|---|
| 2 | *Pacific Groservice Inc. v. Bumble Bee Foods LLC, et al.*, No. 3:15-cv-01791 (S.D. Cal.) | Mark I. Labaton<br>ISAACS, FRIEDBERG & LABATON LLP<br>City National Plaza – South Tower<br>555 South Flower St., Suite 4250<br>Los Angeles, CA 90071 Telephone:<br>(213) 929-5550<br>Facsimile: (310) 552-8054<br>mlabaton@iflcounsel.com<br><br>Barbara Hart<br>Sung-Min Lee<br>LOWEY DANNENBERG COHEN & HART, P.C.<br>One North Broadway, Suite<br>509 White Plains, NY 10601-2310<br>Telephone: (914) 997-0500<br>Facsimile: (914) 997-0035<br>bhart@lowey.com<br>slee@lowey.com |
| 3 | *Affiliated Foods, Inc. v. Tri-Union Seafoods, LLC, d/b/a Chicken Of The Sea International, et al.*, No. 3:15-cv-03815 (N.D. Cal.) | Laurence D. King<br>Mario M. Choi<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Telephone: (415) 772-4700<br>Facsimile: (415) 772-4707<br>lking@kaplanfox.com<br>mchoi@kaplanfox.com<br><br>Robert N. Kaplan<br>Gregory K. Arenson<br>Richard J. Kilsheimer<br>Elana Katcher<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Telephone: (212) 687-1980<br>Facsimile: (212) 687-7714<br>rkaplan@kaplanfox.com<br>garenson@kaplanfox.com<br>rkilsheimer@kaplanfox.com<br>ekatcher@kaplanfox.com |

| | CAPTION | PLAINTIFFS' COUNSEL |
|---|---|---|
| | | Richard L. Coffman<br>THE COFFMAN LAW FIRM<br>First City Building<br>505 Orleans St., Fifth Floor<br>Beaumont, TX 77701<br>Telephone: (409) 833-7700<br>Facsimile: (866) 835-8250<br>rcoffman@coffmanlawfirm.com<br><br>Johnny K. Merritt<br>SPROUSE SHRADER SMITH, PLLC<br>701 S. Taylor Street, Suite 500<br>Amarillo, TX 79101<br>Telephone: (806) 349-4713<br>Facsimile: (806) 373-3454<br>johnny.merritt@sprouselaw.com |
| 4 | *Capitol Hill Supermarket v. Bumble Bee Foods LLC, et al.*, No. 3:15-cv-01867 (S.D. Cal.) | Michael J. Flannery<br>CUNEO GILBERT & LADUCA, LLP<br>7733 Forsyth Boulevard, Suite 1675<br>St. Louis, MO 63105<br>Telephone: (314) 226-1015<br>Facsimile: (202) 789-1819<br>mflannery@cuneolaw.com<br><br>Jonathan W. Cuneo<br>Joel Davidow<br>Daniel M. Cohen<br>CUNEO GILBERT & LADUCA, LLP<br>507 C Street, NW<br>Washington, DC 20002<br>Telephone: (202) 789-3960<br>Facsimile: (202) 589-1813<br>jonc@cuneolaw.com<br>joel@cuneolaw.com<br>danielc@cuneolaw.com<br><br>Taylor Asen<br>CUNEO GILBERT & LADUCA, LLP<br>16 Court Street, Suite 1012<br>Brooklyn, NY 11241<br>Telephone: (202) 789-3960<br>Facsimile: (202) 589-1813<br>tasen@cuneolaw.com |

| | CAPTION | PLAINTIFFS' COUNSEL |
|---|---|---|
| 5 | *Louise Ann Davis Mathews v. Bumble Bee Foods LLC, et al.*, No. 3:15-cv-01878 (S.D. Cal.) | Kimberly A. Kralowec<br>Kathleen Styles Rogers<br>Chad A. Saunders<br>THE KRALOWEC LAW GROUP<br>44 Montgomery St., Suite 1210<br>San Francisco, CA 94104<br>Telephone: (415) 546-6800<br>Facsimile: (415) 546-6801<br>kkralowec@kraloweclaw.com<br>krogers@kraloweclaw.com<br>csaunders@kraloweclaw.com |
| 6 | *James Walnum v. Bumble Bee Foods LLC, et al.*, No. 3:15-cv-01887 (S.D. Cal.) | Christopher T. Micheletti<br>Judith A. Zahid<br>Michael S. Christian<br>Jiangxiao Athena Hou<br>ZELLE HOFMANN VOELBEL & MASON LLP<br>44 Montgomery St., Suite 3400<br>San Francisco, CA 94104<br>Telephone: (415) 693-0700<br>Facsimile: (415) 693-0770<br>cmicheletti@zelle.com<br>jzahid@zelle.com<br>mchristian@zelle.com<br>ahou@zelle.com |
| 7 | *Harvesters Enterprises, LLC v. Bumble Bee Foods LLC, et al.*, No. 3:15-cv-00628 (S.D. Miss.) | Don John W. Barrett<br>David Malcolm McMullan, Jr.<br>Katherine Barrett Riley<br>BARRETT LAW GROUP, PA<br>P. O. Box 927 404 Court Square<br>Lexington, MS 39095<br>Telephone: (662) 834-2488<br>Facsimile: (662) 834-2628<br>donbarrettpa@gmail.com<br>dmcmullan@barrettlawgroup.com<br>kbriley@barrettlawgroup.com |

| | **CAPTION** | **PLAINTIFFS' COUNSEL** |
|---|---|---|
| 8 | *Evelyn Olive, et al. v. Bumble Bee Foods LLC, et al.*,<br>No. 3:15-cv-01909 (S.D. Cal.) | Betsy Carol Manifold<br>Marisa C. Livesay<br>Rachele R. Rickert<br>Brittany Nicole DeJong<br>WOLF HALDENSTEIN ADLER FREEMAN AND HERZ LLP<br>750 B Street<br>Symphony Towers Suite 2770<br>San Diego, CA 92101-5050<br>Telephone: (619) 239-4599<br>Facsimile: (619) 234-4599<br>manifold@whafh.com<br>livesay@whafh.com<br>rickert@whafh.com<br>dejong@ccplaw.com<br><br>Frederick T. Isquith<br>Thomas Burt<br>WOLF HALDENSTEIN ADLER FREEMAN AND HERZ LLP<br>270 Madison Avenue<br>New York, NY 10016<br>Telephone: (212) 545-4600<br>Facsimile: (212) 545-4653<br>isquith@whafh.com<br>burt@whafh.com<br><br>Theodore B. Bell<br>Carl Malmstrom<br>WOLF HALDENSTEIN ADLER FREEMAN AND HERZ LLP<br>One South Dearborn St. Suite 2122<br>Chicago, IL 60603<br>Telephone: (312) 984-0000<br>Facsimile: (312) 212-4401<br>tbell@whafh.com<br>malmstrom@whafh.com |

| | CAPTION | PLAINTIFFS' COUNSEL |
|---|---|---|
| 9 | *Colin Moore v. Bumble Bee Foods LLC, et al.*,<br>No. 3:15-cv-01911 (S.D. Cal.) | Kimberly A. Kralowec<br>Kathleen Styles Rogers<br>Chad A. Saunders<br>THE KRALOWEC LAW GROUP<br>44 Montgomery St., Suite 1210<br>San Francisco, CA 94104<br>Telephone: (415) 546-6800<br>Facsimile: (415) 546-6801<br>kkralowec@kraloweclaw.com<br>krogers@kraloweclaw.com<br>csaunders@kraloweclaw.com |
| 10 | *Janet Machin v. Bumble Bee Foods LLC, et al.*,<br>No. 4:15-cv-00545 (E.D. Ark.) | Thomas P. Thrash<br>Marcus Neil Bozeman<br>THRASH LAW FIRM<br>1101 Garland Street<br>Little Rock, AR 72201<br>Telephone: (501) 374-1058<br>Facsimile: (501) 374-2222<br>tomthrash@sbcglobal.net<br>bozemanmarcus@hotmail.com |
| 11 | *Lesgo Personal Chef, LLC v. Bumble Bee Foods LLC, et al.*,<br>No. 3:15-cv-00385 (N.D. Fla.) | Dewitt M. Lovelace<br>Valerie Lauro Nettles<br>LOVELACE AND ASSOCIATES, PA<br>12870 U.S. Highway 98 West,<br>Suite 200<br>Miramar Beach, FL 32550<br>dml@lovelacelaw.com<br>valerie@lovelacelaw.com |

| | CAPTION | PLAINTIFFS' COUNSEL |
|---|---|---|
| | | Shpetim Ademi<br>John D. Blythin<br>Mark A. Eldridge<br>Denise L. Morris<br>ADEMI & O'REILLY, LLP<br>3620 East Layton Ave.<br>Cudahy, WI 53110<br>Telephone: (414) 482-8000<br>Facsimile: (414) 482-8001<br>sademi@ademilaw.com<br>jblythin@ademilaw.com<br>meldridge@ademilaw.com<br>dmorris@ademilaw.com |
| 12 | *Youngblood v. Bumble Bee Foods LLC, et al.,*<br>No. 3:15-cv-01863 (S.D. Cal.) | Whitney E. Street<br>Lesley E. Weaver<br>BLOCK & LEVITON LLP<br>520 Third Street, Suite 108<br>Oakland, CA 94607<br>Telephone: (415) 968-8999<br>Facsimile: (617) 507-6020<br>wstreet@blockesq.com<br>lweaver@blockesq.com<br><br>Erica G. Langsen<br>155 Federal Street, Suite 400<br>Boston, MA 02110<br>Telephone: (617) 398-5600<br>Facsimile: (617) 507-6020<br>elangsen@blockesq.com |
| 13 | *Rick Musgrave v. Bumble Bee Foods LLC, et al.,*<br><br>No. 3:15-cv-2012 (S.D. Cal.) | Michael G. McLellan<br>mmclellan@finkelsteinthompson.com<br>Douglas G. Thompson<br>dthompson@finkelsteinthompson.com<br>**FINKELSTEIN THOMPSON LLP**<br>1077 30th Street NW, Suite 150<br>Washington DC, 20007<br>Telephone: (202) 337-8000<br>Facsimile: (202) 337-8090<br><br>Rosemary M. Rivas<br>rrivas@finkelsteinthompson.com<br>**FINKELSTEIN THOMPSON LLP**<br>One California Street, Suite 900 |

| | CAPTION | PLAINTIFFS' COUNSEL |
|---|---|---|
| | | San Francisco, California 94111<br>Telephone: (415) 398-8700<br>Facsimile: (415) 398-8704 |
| 14 | *Piggly Wiggly Alabama Distributing Co., Inc. v. Bumble Bee Foods, LLC, et al.*, No. 3:15-3906 (N. D. Cal.) | Solomon B. Cera<br>Louis Andrew Kessler<br>Thomas C. Bright<br>CERA LLP<br>595 Market Street, Suite 2300<br>San Francisco, CA 94105-2835<br>Telephone: (415) 777-2230<br>Facsimile: (415) 777-5189<br>Email: scera@cerallp.com<br>Email: lakessler@cerallp.com<br>Email: tbright@cerallp.com |
| 15 | *Dutch Village Restaurant v. Bumble Bee Foods, LLC, et al.,*<br>No. 3:15-cv-2020 | Michael J. Flannery<br>CUNEO GILBERT & LADUCA, LLP<br>7733 Forsyth Boulevard, Suite 1675<br>St. Louis, MO 63105<br>Telephone: (314) 226-1015<br>Facsimile: (202) 789-1819<br>mflannery@cuneolaw.com<br><br>Jonathan W. Cuneo<br>Joel Davidow Daniel<br>M. Cohen<br>CUNEO GILBERT & LADUCA, LLP<br>507 C Street, NW<br>Washington, DC 20002<br>Telephone: (202) 789-3960<br>Facsimile: (202) 589-1813<br>jonc@cuneolaw.com<br>joel@cuneolaw.com<br>danielc@cuneolaw.com<br><br>Taylor Asen<br>CUNEO GILBERT & LADUCA, LLP<br>16 Court Street, Suite 1012<br>Brooklyn, NY 11241<br>Telephone: (202) 789-3960<br>Facsimile: (202) 589-1813<br>tasen@cuneolaw.com |

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: September 18, 2015

Respectfully submitted,

/s/ John Roberti

John Roberti
**ALLEN & OVERY, LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-683-3800
Facsimile: 202-683-3999
john.roberti@allenovery.com
*Counsel for Tri-Union Seafoods LLC and King Oscar, Inc*

**DEFENDANTS' COUNSEL**

| | |
|---|---|
| Ted Hassi<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Telephone: (202) 383-5336<br>Facsimile: (202) 383-5414<br>ehassi@omm.com<br>*Counsel for Defendant Bumble Bee Foods LLC* | Belinda S Lee<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite<br>2000 San Francisco, CA 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>Belinda.lee@lw.com<br>*Counsel for Defendant Starkist Co* |

Dated: September 18, 2015

By: /s/ John Roberti
John Roberti
ALLEN & OVERY, LLP
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-683-3800
Facsimile: 202-683-3999
**john.roberti@allenovery.com**
*Counsel for Tri-Union Seafoods LLC*
*and King Oscar, Inc*