# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | MDL No. 2670 |

## NOTICE OF RELATED ACTION

TO:   CLERK OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION; COUNSEL OF RECORD (See attached Certificate of Service)

PLEASE TAKE NOTICE that on September 25, 2015, the following related action was filed in the United States District Court for the Southern District of California: *Carl Lesher, Sarah Metivier Schadt, Greg Stearns, and Karren Fabian v. Bumble Bee Foods, LLC, Tri-Union Seafoods LLC, Starkist Company, and King Oscar, Inc.,* Case No. 15-cv-2144-JAH-WVG. A copy of the civil cover sheet, and complaint and docketing sheet are attached hereto as Exhibits A and B, respectively.

DATED: October 14, 2015            Respectfully submitted,

By:   */s/ Robert Taylor-Manning*
Robert Taylor-Manning (Wa. Bar No. 21890)

THE LAW OFFICES OF ROBERT TAYLOR-MANNING
1800 South Jackson St., Suite 123
Seattle, WA  98144
Telephone: (206) 310-3333
Facsimile: (206) 299-4010
Email: rtm@taylor-manning.net

*Attorneys for Plaintiffs Carl Lesher, Sarah Metivier Schadt, Greg Stearns, and Karren Fabian*