**IN THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **BRYAN ANTHONY REO**<br>7143 Rippling Brook Lane<br>Mentor, OH 44060<br><br>    Plaintiff,<br>   v.<br>**CHICKEN OF THE SEA INTERNATIONAL**<br>280 Tenth Ave<br>San Diego, CA 92101<br>    Defendant. | Case No. MDL No. 2670<br><br>Panel Clerk. Jeffery N. Luthi<br><br><br>RELATED ONLY TO THE CASE<br>N.D. Ohio 1:18-cv-01477-JRA |

| | |
|---|---|
| **REO LAW, LLC**<br>By:  Bryan Anthony Reo (#0097470)<br>P.O. Box 5100<br>Mentor, OH 44061<br>(Business):  (216) 505-0811<br>(Mobile):  (440) 313-5893<br>(E): Reo@ReoLaw.org<br>*Pro Se* | **THOMPSON HINE**<br>By: Thomas F. Zych (0019942)<br>3900 Key Center  127 Public Square<br>Cleveland, OH 43215<br>(Phone): (216) 566-5500<br>(Fax): (216) 566-5800<br>(E): tom.zych@thompsonhine.com<br>*Attorney for Tri-Union Seafoods* |

## MOTION TO VACATE CTO-13

This Filing Relates To The Following Case Only:
*Bryan Anthony Reo v. Chicken of the Sea International*, N.D. Ohio, 1:18-cv-01477-JRA

    Plaintiff Bryan Anthony Reo, pro se, hereby makes this motion to vacate CTO-13 pursuant to Pursuant to Rule 7.1(f) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation ("JPML") and moves that this Honorable Judicial Panel vacate the Conditional Transfer Order and leave the case with Northern District of Ohio where it will likely be remanded to Lake County Court of Common Pleas due to lack of subject matter jurisdiction. A supporting brief is provided with this motion.

                                          RESPECTFULLY SUBMITTED,

                                          /s/ BRYAN ANTHONY REO_____

**REO LAW LLC**
By:  Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Pro Se*