UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PACKAGED SEAFOOD PRODUCTS
ANTITRUST LITIGATION                                                    MDL No. 2670

## ORDER REASSIGNING LITIGATION

The Panel has been notified of the need to reassign the above litigation to another judge in the Southern District of California.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Dana M. Sabraw, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL

*Karen K. Caldwell*
Karen K. Caldwell
Chair